United States District Court
For the Northern District of California

1
2
3                    UNITED STATES DISTRICT COURT
4                    NORTHERN DISTRICT OF CALIFORNIA
5
6  JAMES LYNN O'HINES,
7              Plaintiff,              No. C 09-03313 PJH (PR)
8     vs.                              **ORDER OF DISMISSAL**
9  AEROSTAR VAN,
10             Defendant.
                                    /
11 JAMES LYNN O'HINES,
12             Plaintiff,              No. C 09-03369 PJH (PR)
13    vs.                              **ORDER OF DISMISSAL**
14 CCPOA,
15             Defendant.
                                    /
16
17 JAMES LYNN O'HINES,
                                       No. C 09-03452 PJH (PR)
18             Plaintiff,
                                       **ORDER OF DISMISSAL**
19    vs.
20 JIMENEZ and JEFF FREELAND,
21             Defendants.
                                    /
22
23      These are civil rights cases filed pro se by a prisoner housed in Florence, Arizona.
24 On the day the cases were opened the clerk informed him that his applications for leave to
25 proceed in forma pauperis ("IFP") were defective.  Plaintiff was informed that if he did not
26 either pay the fees or remedy the deficiencies within thirty days the cases would be
27 dismissed.
28 ///

1    The deficiencies were that in C 09-3313 PJH (PR) and C 09-3369 PJH (PR) his
2 copies of transactions in his prisoner account did not cover the six-month period required
3 by 28 U.S.C. § 1915(a)(2).  In C 09-3452 PJH (PR) he neither paid the filing fee nor applied
4 for leave to proceed IFP.

5    In C 09-3313 PJH (PR) and C 09-3369 PJH (PR) plaintiff has not responded to the
6 notices.  In  09-3452 PJH (PR) he has filed an IFP application, but it is not supported by the
7 printout of transactions required by 28 U.S.C. § 1915(a)(2).

8    Because plaintiff has not paid the filing fees for these cases, and because his IFP
9 applications do not comply with the statutory requirement and the court's instructions,
10 plaintiff's applications for leave to proceed in forma pauperis (the applications are
11 document 2 in both C 09-3313 PJH (PR) and C 09-3369 PJH (PR) and is document 3 in
12 09-3452 PJH (PR)) are **DENIED**.  These cases are **DISMISSED** without prejudice.  The
13 clerk shall close these files.

14   **IT IS SO ORDERED.**
15 Dated: October 1, 2009.

PHYLLIS J. HAMILTON
United States District Judge

28 P:\PRO-SE\PJH\CR.09\O'HINES09-3313.DSM-IFP.wpd

2